# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

JOHN P. CURRAN,

                 Plaintiff

           v.                         CIVIL ACTION NO.:
                                             10-10787-EFH

UBS FINANCIAL SERVICES, INC.,

                 Defendant

* * * * * * * * * * * * * * * * * * * * * * * * *

## <u>Order of Dismissal</u>

October 1, 2013

HARRINGTON, S.D.J.

       The above entitled case is ordered dismissed on the ground that the plaintiff has failed to pursue the prosecution of the matter.

       SO ORDERED.

                                      /s/ Edward F. Harrington
                                      EDWARD F. HARRINGTON
                                      United States Senior District Judge